1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CORTEZ SUMMIT, et al.<br><br>        Defendant. | 1:23-cv-01549-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE; ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF No. 5, 6)<br><br>**THIRTY-DAY DEADLINE** |

On November 11, 2023, Plaintiff, currently held at Kern County Sherriff's Department Detention Facilities and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ordered that Plaintiff submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the filing fee for this action. (ECF No. 4.)

On February 2, 2024, Plaintiff timely filed a request for an extension of time to submit his application to proceed in forma pauperis. (ECF No. 5.) Plaintiff contends that the institution where he is currently held is refusing to complete or sign his application. Plaintiff attached a grievance he filed which details his multiple attempts to receive a copy of his trust account activity. (Id. at 2.) The Court notes Plaintiff also attached a document which shows that the institution responded to his grievance by providing Plaintiff's inmate transaction summary and instructions to mail the application to financial services. (Id. at 3.) This is not evidence of refusal to complete or sign Plaintiff's application; rather, Plaintiff must follow the procedures prescribed

1

by his institution.  Plaintiff proffers the institution has now forwarded the application to financial services and therefore requests an extension of time to file his application pending a response.

On February 5, 2024, Plaintiff filed an incomplete motion to proceed *in forma pauperis*. (ECF No. 6.)  While Plaintiff submitted eight pages containing his account summary dating back to January 2022 and what appears to be Plaintiff's handwritten notes attempting to complete his certified average monthly balance, Plaintiff's attached inmate account document contains no certification from an authorized official, as required.  (Id. at 2.)  Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action as the application is not complete.  Given Plaintiff's assertion in his request for an extension of time to file his application that his application has been submitted to his institution's financial services (ECF No. 5), the Court shall deny Plaintiff's incomplete application but finds good cause to grant Plaintiff's request to file a completed application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed in forma pauperis (ECF No. 6) is DENIED without prejudice;

2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a completed application to proceed *in forma pauperis* which includes a certified copy of his trust account statement showing transactions for the past six months; and

3.    Failure to file a complete application to proceed *in forma pauperis* in compliance with this order or pay the filing fee will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 6, 2024**

UNITED STATES MAGISTRATE JUDGE

2