# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD DUPREE ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORTEZ SUMMIT, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 11) |

Plaintiff Jerrad Dupree Allen ("Plaintiff"), a pre-trial detainee proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 against Bakersfield Police Department Officers Cortez Summit, Victor Coronado, Dominic Ramirez, Alan Guardado, and Rene Garcia on November 2, 2023. (ECF No. 1.) On May 17, 2024, the Court screened Plaintiff's complaint and found it did not state a cognizable claim, and granted Plaintiff leave to file an amended complaint within thirty (30) days of service of the order. (ECF No. 10.)

On June 7, 2024, Plaintiff filed a motion for extension of time to file a first amended complaint. (ECF No. 11.) Plaintiff proffers he did not receive the screening order until May 27, 2024 and he is experiencing issues accessing the law library at Kern County Jail which may prevent him from timely submitting the amended complaint by the thirty-day deadline. (Id. at 1.)

Plaintiff fails to request a specified extension of time.  The Court will not provide an open extension of time to file the first amended complaint.  Instead, the Court finds good cause to grant Plaintiff an additional thirty-days to file his first amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension to file a first amended complaint is GRANTED;
2. Plaintiff shall have an additional **thirty (30) days** to file a first amended complaint;
3. The first amended complaint, including attachments, shall be no more than twenty-five (25) pages; and
4. <u>If Plaintiff fails to file a first amended complaint in compliance with this order, the Court will recommend to the District Judge that this action be dismissed for failure to prosecute, failure to obey a court order, and failure to state a claim.</u>

IT IS SO ORDERED.

Dated:   **June 10, 2024**                                     _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2