## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CORTEZ SUMMIT, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT SERVICE DOCUMENTS AS MOOT<br><br>(ECF No. 17) |

Plaintiff Jerrad Dupree Allen, proceeding pro se and in forma pauperis, filed this action on November 2, 2023. (ECF No. 1.) Following a screening and the filing of a first amended complaint, the Court found Plaintiff stated cognizable claims against Bakersfield Police Department Police Officers Cortez Summit, Victor Coronado, and Dominic Ramirez. (ECF No. 15.) On September 9, 2024, the Court authorized service of the first amended complaint in this action and forwarded Plaintiff service documents for Plaintiff to complete and return. (Id.)

On October 7, 2024, Plaintiff returned the service documents, including four copies of the first amended complaint.[1] (ECF No. 16.) On October 7, 2024, Plaintiff also filed a "precautionary" motion for extension of time to submit copies of the first amended complaint. (ECF No. 17.) Because the Court is in receipt of the necessary copies of the first amended complaint, the Court shall deny Plaintiff's motion for extension of time as moot.

---

[1] The Court shall direct the Clerk of the Court to forward the service documents to the United States Marshals Service in a separate order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to submit service documents (ECF No. 17) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **October 8, 2024**

_____
UNITED STATES MAGISTRATE JUDGE