# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CORTEZ SUMMIT, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AS MOOT; DENYING CONSTRUED REQUEST FOR COPIES<br><br>(ECF No. 22) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On October 17, 2024, Plaintiff filed a second "precautionary" motion for extension of time to submit service documents.  (ECF No. 22.)  However, on October 8, 2024, the Court denied Plaintiff's initial extension of time as moot as the Court has received the necessary copies of service documents.  (ECF No. 18.)  On October 9, 2024, an order was issued directing service of the Defendants by the United States Marshals.  (ECF No. 19.)  Accordingly, the Court shall deny the instant motion for extension of time as moot.

Plaintiff also requests that the Clerk of Court "re-issue" an order dated September 9, 2024, provide a copy of the Local Rules, and provide forms for request for appointment of counsel.[1]  (ECF No. 22.)  To the extent Plaintiff is requesting copies of a prior order, Plaintiff received the first informational order on November 2, 2023 which provides relevant Local Rules and informs Plaintiff that the Court is not inclined to grant orders to furnish copies of

---

[1] Plaintiff concurrently filed a motion to appoint counsel with his motion for extension of time.  (See ECF No. 21.)  The Court shall issue a separate order addressing that motion.

case documents without cost:

> [T]he Court does not provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent pro se plaintiff except by order of the judge. It is important that pro se plaintiffs maintain copies of all documents related to the case because the Court is not inclined to grant such orders.

(ECF No. 2 at 7.) Plaintiff must file a proper request for copies.

Plaintiff is reminded that he must be familiar with the orders issued by this Court when litigating his action so as to avoid further unnecessary orders by the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's second motion for an extension of time to submit service documents (ECF No. 22) is DENIED as MOOT and his construed request for copies is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **October 18, 2024**

UNITED STATES MAGISTRATE JUDGE

2