# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CORTEZ SUMMIT, et al.,<br><br>  Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISCOVERY REQUESTS<br><br>(ECF No. 31)<br><br>**APRIL 11, 2025 DEADLINE** |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file a response to Defendants' discovery requests dated December 27, 2024. Although the time to file an opposition has not expired, the Court finds a response unnecessary and deems Plaintiff's motion submitted.

As stated in the Court's December 18, 2024 discovery and scheduling order, responses to discovery requests are due forty-five (45) days after the request is first served. (ECF No. 28.) For good cause shown, it is HEREBY ORDERED that Plaintiff is granted through **April 11, 2025**, to file a response to Defendants' discovery requests.

IT IS SO ORDERED.

Dated: **February 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge