# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORTEZ SUMMIT, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF Nos. 33, 34) |

　　　　Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to compel an attorney in the underlying criminal matter to provide documents to the defendants in this civil rights action. (ECF No. 33.) Plaintiff's motion is dated April 7, 2025. However, it was postmarked on July 22, 2025, and was not received by the Court until July 24, 2025.

　　　　On July 24, 2025, Defendants filed a response informing the Court that on April 23, 2025, and April 24, 2025, "defense counsel received emails from Ponce Law Group attaching Plaintiff's responses to Request for Production of Documents, Set One, along with a packet of documents, audio files, body cam footage, photographs, transcripts, and videos." (ECF No. 34.)

　　　　Given Defendant's response that it has received the documents referenced in Plaintiff's April 2025 motion, the Court finds Plaintiff's motion to be moot and shall deny it on that basis.

///

1   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel (ECF No. 33)
2 is DENIED as moot.

3
4 IT IS SO ORDERED.

5 Dated: **July 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge