# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>     Plaintiff,<br><br>v.<br><br>CORTEZ SUMMIT, et al.,<br><br>     Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATION OF DISMISSAL<br><br>(ECF Nos. 40, 42) |

On October 14 and October 15, 2025, the parties filed what the Court construes as a stipulation dismissing this entire action without prejudice. (ECF Nos. 40, 42.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **October 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge