# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>CORTEZ SUMMIT, et al.,<br><br>Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REPLY<br><br>(ECF No. 51) |

As relevant here, on October 30, 2025, Plaintiff filed a motion to reopen the case. (ECF No. 46.) Defendants filed an opposition on November 10, 2025. (ECF No. 47.) On November 24, 2025, Plaintiff filed a reply to Defendants' opposition. (ECF No. 51.)

In the reply, Plaintiff asserts that he was not provided an opportunity to view Defendants' body-camera footage until October 6, 2025. (ECF No. 51, p. 3.) He further contends that his mail was tampered with and that he obtained newly discovered information that he had previously been barred from receiving. (Id. at pp. 10-13.) Plaintiff argues that each of these instances constitute an "exceptional circumstance" under Rule 60(b). (Id.)

The Court finds that additional briefing from Defendants addressing Plaintiff's arguments would assist the Court in its ruling.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that Defendants are directed to file a response **on or before December 3, 2025.**

IT IS SO ORDERED.

Dated: **November 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2