# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD DUPREE ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CORTEZ SUMMIT, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01549-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SEEK INFORMATION AS MOOT<br><br>(ECF No. 57) |

As relevant here, on October 16, 2025, the Court directed the Clerk of Court to close the file in this case and adjust the docket to reflect the stipulated dismissal of this action. (ECF No. 43.) Plaintiff subsequently filed two letters requesting that the Court order the release of information from the Department of Motor Vehicles and the Kern County Sheriff's Office. (ECF Nos. 44-45.) On November 12, 2025, Plaintiff filed a motion to reopen the case, along with two motions requesting orders to release information. (ECF Nos. 48-50.) The Court denied Plaintiff's motion to reopen for lack of jurisdiction and denied Plaintiff's motions concerning the release of information (ECF Nos. 44-45, 48-50) as moot. (ECF No. 56.) On December 22, 2025, Plaintiff filed a motion asking the Court to process his prior motions seeking information. (ECF No. 57.)

/ / /

/ / /

As stated in its December 16, 2025 order, Plaintiff's notice of voluntary dismissal divested the Court of jurisdiction. The Court therefore denied Plaintiff's motions regarding the release of information as moot. Because the Court has previously ruled on this issue and the case is closed, Plaintiff's motion to seek information (ECF No. 57) is **DENIED**.

IT IS SO ORDERED.

Dated:    **January 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge